**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CHASE BREWSTER, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CASE NO.  2:24-CV-00677-JRG-RSP |
| PROPLAYER ATHLETICS, LLC, | § | |
| DECKER SPORTS, USA, LLC, TIM | § | |
| DECKER, and JACK HANSEN, | § | |
| *Defendants.* | § | |
| | § | |

## ORDER

Defendant ProPlayer Athletics, LLC previously filed a Motion for a Preliminary Injunction ("Motion"). (Dkt. No. 29.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 76), recommending denial of Defendant's Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 29) is **DENIED**.

So ORDERED and SIGNED this 4th day of March, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE